HARDMAN *v.* THE STATE.

FISH, C. J.  Counsel for the plaintiff in error says in his brief filed in·
this court that the only point insisted on for a reversal of the judg-
ment overruling the motion for a new trial is that the verdict is with-
out evidence to support it.  After a careful study of the evidence, we are
of the opinion that it was sufficient to support the verdict.

> *Judgment affirmed.  All the Justices concur.*
> DECEMBER 12, 1911.

·Indictment for rape.  Before Judge J. B. Park.· Madison supe-
rior ˙court.  September 9, 1911.

*R. R. Arnold, R. L. J. Smith; G. C. Thomas,* and *B. T. Moseley,*
for plaintiff in error.  *T. S. Felder, attorney-general,* and *T. J.
Brown, solicitor-general,* contra.